**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rocky Mountain Imports, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Pikes Peak Rock Shop** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-3794720** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**451 Forest Edge Rd**
**Woodland Park, CO 80863**
Number, Street, City, State & ZIP Code

**Teller**
County

**Mailing address, if different from principal place of business**

**1501 Bent Tree Trails Ct**
**Fenton, MO 63026**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.pikespeakrock.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Rocky Mountain Imports, LLC**                                    Case number (*if known*) _____
         Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_4239_

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Rocky Mountain Imports, LLC**
Name

Case number (*if known*) _____

| | |
|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | Relationship | |
|---|---|---|---|
| Debtor | _____ | _____ | _____ |
| District | _____ When _____ | Case number, if known | _____ |

| | |
|---|---|
| **11.** **Why is the case filed in *this district*?** | *Check all that apply:*<br>■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>      What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                            Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

**■ Statistical and administrative information**

| | |
|---|---|
| **13.** **Debtor's estimation of available funds** | *Check one:*<br>■  Funds will be available for distribution to unsecured creditors.<br>☐  After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14.** **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | |
|---|---|---|---|
| **15.** **Estimated Assets** | ☐ $0 - $50,000<br>■ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16.** **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Rocky Mountain Imports, LLC**

Name

Case number (*if known*)

☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **Rocky Mountain Imports, LLC**                                    Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 21, 2025**
               MM / DD / YYYY

**X /s/ Gary Greenwald**                                    **Gary Greenwald**
Signature of authorized representative of debtor            Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X /s/ Kevin S. Neiman**                          Date    **January 21, 2025**
Signature of attorney for debtor                           MM / DD / YYYY

**Kevin S. Neiman 36560**
Printed name

**Law Offices of Kevin S. Neiman, pc**
Firm name

**999 18th Street, Suite 1230 S
Denver, CO 80202**
Number, Street, City, State & ZIP Code

Contact phone    **(303) 996-8637**        Email address    **kevin@ksnpc.com**

**36560 CO**
Bar number and State

|  | Jan-Dec 2024 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Freight Income** | 110,815.55 |
| **Freight Discounts** | (77,111.97) |
| **Misc Income** | (27,048.94) |
| **Sales** | 1,290,375.50 |
| **Sales Discounts** | (12,028.67) |
| **Total Income** | 1,285,001.47 |
| **Cost of Goods Sold** | |
| **Cost of Goods Sold** | |
| **Commission** | 59,391.73 |
| **Labor** | 63,061.70 |
| **S&H - Freight** | 171,189.67 |
| **Shipping Supplies** | 18,343.72 |
| **Cost of Goods Sold - Other** | 327,263.34 |
| **Total Cost of Goods Sold** | 639,250.16 |
| **Total COGS** | 639,250.16 |
| **Gross Profit** | 645,751.31 |
| **Expense** | |
| **Accounting & Bookkeeping** | 3,985.00 |
| **Advertising** | 2,703.25 |
| **Auto Expense** | |
| **Fuel** | 397.32 |
| **Repairs & Maintenance** | 110.00 |
| **Total Auto Expense** | 507.32 |
| **Bank Service Fee** | 898.81 |
| **Donations / Sponsorships** | 13.00 |
| **Dues and Subscriptions** | 8,495.03 |
| **Insurance Expense** | 17,206.22 |
| **Interest Expense** | 60,567.39 |
| **Licenses** | 1,554.50 |
| **Meals** | 1,031.73 |
| **Merchant Fees** | 30,054.64 |
| **Miscellaneous Expense** | (4,367.40) |
| **Office Expense** | |
| **Alarm Service** | 645.72 |
| **Computer Managed Services** | 13,580.20 |
| **Equipment Rental** | 3,231.67 |
| **Postage** | 483.82 |
| **Rent Expense** | 83,950.48 |
| **Service Fee** | 58.62 |
| **Supplies** | 3,414.81 |
| **Telephone/Internet** | 5,098.17 |

Profit and Loss 2024   cash

| | |
|---|---:|
| **Utilities** | 8,947.53 |
| **Office Expense - Other** | 609.35 |
| **Total Office Expense** | 120,020.37 |
| **Outside Services** | 807.43 |
| **Payroll Expenses** | |
| **Admin** | 6,000.00 |
| **Bonus** | 3,000.00 |
| **Health Ins** | 14,740.34 |
| **Owner Salary** | 75,965.48 |
| **Payroll Fee** | 1,733.91 |
| **Taxes** | 28,896.98 |
| **Wages** | 166,929.48 |
| **Total Payroll Expenses** | 297,266.19 |
| **Repairs & Maintenance** | 1,706.58 |
| **Show Cost** | |
| **Car Rental** | 2,163.43 |
| **Fuel** | 1,700.77 |
| **Lodging** | 2,310.92 |
| **Show Meals** | 1,343.72 |
| **Toll Fee** | 33.80 |
| **Trade Show Supplies** | 737.76 |
| **Show Cost - Other** | 20,999.23 |
| **Total Show Cost** | 29,289.63 |
| **Travel Expense** | 3,882.01 |
| **Total Expense** | 575,621.70 |
| **Net Ordinary Income** | 70,129.61 |
| **Other Income/Expense** | |
| **Other Income** | |
| **Interest Earned** | 10.21 |
| **Total Other Income** | 10.21 |
| **Other Expense** | |
| **Legal Fees** | 51,730.00 |
| **Total Other Expense** | 51,730.00 |
| **Net Other Income** | (51,719.79) |
| **Net Income** | 18,409.82 |

| | Dec 31, 24 | Jan 14, 25 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| **Petty Cash** | 2,924.11 | 3,181.71 |
| **Vectra Checking** | 13,246.28 | 2,664.13 |
| **Vectra Savings** | 8,841.79 | 500.00 |
| **Total Checking/Savings** | 25,012.18 | 6,345.84 |
| **Accounts Receivable** | | |
| **Accounts Receivable** | 49,387.56 | 38,068.41 |
| **Total Accounts Receivable** | 49,387.56 | 38,068.41 |
| **Other Current Assets** | | |
| **Employee Loans** | | |
| **Gary Greenwald** | 5,000.00 | 5,000.00 |
| **Loan - Aaron J Demarais** | 1,600.00 | 1,600.00 |
| **Loan - Terathea M Spurlock** | 5,000.00 | 5,000.00 |
| **Total Employee Loans** | 11,600.00 | 11,600.00 |
| **Inventory** | 773,310.91 | 769,927.21 |
| **Total Other Current Assets** | 784,910.91 | 781,527.21 |
| **Total Current Assets** | 859,310.65 | 825,941.46 |
| **Fixed Assets** | | |
| **Accumulated Depreciation** | -55,553.00 | -55,553.00 |
| **Fixed Assets - Equipment** | | |
| **Skid Steer** | 9,999.00 | 9,999.00 |
| **Total Fixed Assets - Equipment** | 9,999.00 | 9,999.00 |
| **Fixed Assets - Office** | 41,071.97 | 41,071.97 |
| **Fixed Assets - Warehouse** | 29,892.91 | 29,892.91 |
| **Total Fixed Assets** | 25,410.88 | 25,410.88 |
| **Other Assets** | | |
| **Accumulated Amortization** | -180,474.00 | -180,474.00 |
| **Goodwill** | 869,036.12 | 869,036.12 |
| **Security Deposit** | 7,250.00 | 7,250.00 |
| **Start-Up Costs** | 33,325.36 | 33,325.36 |
| **Total Other Assets** | 729,137.48 | 729,137.48 |
| **TOTAL ASSETS** | 1,613,859.01 | 1,580,489.82 |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| **Pre Petition Accounts Payable** | 115,955.76 | 104,496.85 |
| **Total Accounts Payable** | 115,955.76 | 104,496.85 |
| **Credit Cards** | | |
| **Discover** | 2,823.63 | 2,839.87 |
| **Vectra** | 3,717.61 | 7,294.16 |

Balance Sheet (accrual)

| | | |
|---|---:|---:|
| **Total Credit Cards** | 6,541.24 | 10,134.03 |
| **Other Current Liabilities** | | |
| **JP Receivables** | 200,109.27 | 200,109.27 |
| **Total Other Current Liabilities** | 200,109.27 | 200,109.27 |
| **Total Current Liabilities** | 322,606.27 | 314,740.15 |
| **Long Term Liabilities** | | |
| **Long Term Liabilities** | | |
| **Can Capital 38.89%** | 126,009.00 | 126,009.00 |
| **JP - Note Payable** | 220,000.00 | 220,000.00 |
| **SBA Loan-Live Oak 5.5%** | 1,119,618.31 | 1,119,618.31 |
| **Total Long Term Liabilities** | 1,465,627.31 | 1,465,627.31 |
| **Total Long Term Liabilities** | 1,465,627.31 | 1,465,627.31 |
| **Total Liabilities** | 1,788,233.58 | 1,780,367.46 |
| **Equity** | | |
| **Capital Stock** | 50,000.00 | 50,000.00 |
| **Retained Earnings** | -232,379.95 | -224,374.57 |
| **Net Income** | 8,005.38 | -25,503.07 |
| **Total Equity** | -174,374.57 | -199,877.64 |
| **TOTAL LIABILITIES & EQUITY** | 1,613,859.01 | 1,580,489.82 |



9/18/2024

Department of the Treasury
Internal Revenue Service
Ogden, UT  84201-0013

RE: IRS Database Rejection
EIN: 86-3794720
Business: Rocky Mountain Imports LLC
Period: 12/31/2023

To whom it may concern:

On Monday, September 16th, 2024 I received authorization from our client Rocky Mountain Imports LLC to electronically file their 1120S tax return. Once the file was electronically transmitted, we received a rejection due to an IRS database issue. We have attempted several times to reach out to the number given within the rejection notice, but that number is not accepting calls related to EIN issues due to extreme call volumes.

We have confirmed accuracy and consistency in our filing with the two previously filed tax returns. As such, we are paper filing the tax return to avoid any further delays in the filing, and we are including the rejection notice. Please make any necessary adjustments to the database, and remove any failure to file penalty that may be applied to the filing of this return.

Sincerely,

Jerrod W. Aud

Rangeview Tax & Accounting

**P.O. BOX 3 DIVIDE, CO 80814**

**(719) 639-4408**

**RANGEVIEWLLC@GMAIL.COM**

### Drake 2023 - MEF ACK files processed

```
IDNumber   Type    Acc  Date         Name                              Reject Codes
863794720  1120S   R    09-16-2024   ROCKY MOUNTAIN IMPORTS LLC        R0000-900-01
SubmissionId:  8424752024260wudu2oe
```

Error Detail

```
IDNumber      Rule #         Message
863794720     R0000-900-01   The return type indicated in the return header must match the return type
                             established with the IRS for the EIN. Value: 1120S

                             MISMATCHED ENTITY TYPE AND RETURN TYPE: The entity type and tax return
                             type associated with this organization's Employer Identification
                             Number (EIN) does not match the entity type and return type entered in
                             the IRS database for this EIN. For example, if an e-filed 1120S return
                             was rejected, it's possible the organization is registered as an 1120
                             corporation in the IRS database.

                             If the organization's EIN is correct, contact the IRS at (800)
                             829-4933, OR you can paper-file the return.
```

| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. Go to *www.irs.gov/Form1120S* for instructions and the latest information. | | | **2023** |

For calendar year 2023 or tax year beginning _____, 2023, ending _____, 20____

| **A** S election effective date | **TYPE OR PRINT** | Name **Rocky Mountain Imports LLC** | **D** Employer identification number |
|---|---|---|---|
| **05-11-2021** | | | **86-3794720** |
| **B** Business activity code number (see instructions) | | Number, street, and room or suite no. If a P.O. box, see instructions. **451 Forest Edge Road** | **E** Date incorporated **05-11-2021** |
| **423940** | | City or town, state or province, country, and ZIP or foreign postal code **Woodland Park        CO    80863** | **F** Total assets (see instructions) $ **1,625,960** |
| **C** Check if Sch. M-3 attached ☐ | | | |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. . . . . . . . ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . **1**

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1 a** Gross receipts or sales **1,736,598** **b** Less Returns and allowances _____ **c** Balance | **1c** | **1,736,598** |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . . | **2** | **415,073** |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . | **3** | **1,321,525** |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . . . . . . . | **4** | |
| | **5** Other income (loss) (see instructions - attach statement) . . . . . . . . . . . . . . | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . . . . . . . . . . . | **6** | **1,321,525** |
| **Deductions (see instructions for limitations)** | **7** Compensation of officers (see instructions - attach Form 1125-E) . . . . . . . . . . . | **7** | **85,000** |
| | **8** Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . . . | **8** | **309,497** |
| | **9** Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | **3,633** |
| | **10** Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | **334** |
| | **11** Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | **89,773** |
| | **12** Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . Wks. Tax/Lic. | **12** | **37,827** |
| | **13** Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | **78,178** |
| | **14** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . . | **14** | **15,305** |
| | **15** Depletion **(Do not deduct oil and gas depletion.).** . . . . . . . . . . . . . . . . . | **15** | |
| | **16** Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
| | **17** Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | |
| | **18** Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| | **19** Energy efficient commercial buildings deduction (attach Form 7205) . . . . . . . . . | **19** | |
| | **20** Other deductions (attach statement) . . . . . . . . . . . . . . . . . Statement #2 . . | **20** | **538,562** |
| | **21** **Total deductions.** Add lines 7 through 20 . . . . . . . . . . . . . . . . . . . . . . | **21** | **1,158,109** |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 6. . . . . . . . . . . . . | **22** | **163,416** |
| **Tax and Payments** | **23 a** Excess net passive income or LIFO recapture tax (see instructions) . . . . . . | **23a** | | |
| | **b** Tax from Schedule D (Form 1120-S) . . . . . . . . . . . | **23b** | | |
| | **c** Add lines 23a and 23b (see instructions for additional taxes) . . . . . . . . . . . . . | **23c** | |
| | **24 a** Current year's estimated tax payments and preceding year's overpayment credited to the current year . . . . . . . . . . . . . . . . | **24a** | | |
| | **b** Tax deposited with Form 7004 . . . . . . . . . . . . . | **24b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) . . . . . . . . . . . . | **24c** | | |
| | **d** Elective payment election amount from Form 3800 . . . . . . . | **24d** | | |
| | **z** Add lines 24a through 24d . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **24z** | |
| | **25** Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . ☐ | **25** | |
| | **26** **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed . . . . . . . . | **26** | |
| | **27** **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid. . . . . . . | **27** | |
| | **28** Enter amount from line 27: **Credited to 2024 estimated tax** _____ **Refunded** | **28** | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No |
|---|---|---|
| | *Gary Greenwald* (Signature of officer)   **Gary Greenwald**   Date **09-18-2024**   Title **President** | |

| **Paid Preparer Use Only** | Print/Type preparer's name **Jerrod Aud** | Preparer's signature | Date **09-18-2024** | Check ☐ if self-employed | PTIN **P01981899** |
|---|---|---|---|---|---|
| | Firm's name **Rangeview Tax & Accounting** | | | Firm's EIN | **90-2374511** |
| | Firm's address **PO Box 3** **Divide CO 80814** | | | Phone no. | **(719)639-4408** |

For Paperwork Reduction Act Notice, see separate instructions.            Form **1120-S** (2023)

EEA

Form 1120-S (2023)   Rocky Mountain Imports LLC                                                86-3794720                    Page **2**

## Schedule B | Other Information (see instructions)

|  |  | Yes | No |
|---|---|---|---|
| **1** | Check accounting method: **a** ☐ Cash  **b** ☒ Accrual |  |  |
|  | **c** ☐ Other (specify) _____ |  |  |
| **2** | See the instructions and enter the: |  |  |
| **a** | Business activity __Wholesale Distrib__  **b** Product or service __Jewelry & Stones__ |  |  |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation. . . . . . . . . |  | X |
| **4** | At the end of the tax year, did the corporation: |  |  |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . |  | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . |  | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **5 a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . . . |  | X |
|  | If "Yes," complete lines (i) and (ii) below. |  |  |
|  | **(i)** Total shares of restricted stock . . . . . . . . . . . . . . . _____ |  |  |
|  | **(ii)** Total shares of non-restricted stock . . . . . . . . . . . . . . _____ |  |  |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . . . . |  | X |
|  | If "Yes," complete lines (i) and (ii) below. |  |  |
|  | **(i)** Total shares of stock outstanding at the end of the tax year . . . . . . _____ |  |  |
|  | **(ii)** Total shares of stock outstanding if all instruments were executed . . . _____ |  |  |
| **6** | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount. . . . . . . . . . . . . . ☐ |  |  |
|  | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. |  |  |
| **8** | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . . . . .   $ _____ |  |  |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| **10** | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. |  |  |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense. |  |  |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. |  |  |
|  | If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). |  |  |
| **11** | Does the corporation satisfy **both** of the following conditions?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000. |  |  |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000. |  |  |
|  | If "Yes," the corporation is not required to complete Schedules L and M-1. |  |  |

Form 1120S (2023)   Rocky Mountain Imports LLC                                    86-3794720                Page **3**

| Schedule B | Other Information (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . | | | X |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . . . . . . . . . . . . . $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . . . . | | | X |
| 14 a | Did the corporation make any payments in 2023 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . | | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . . | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . . . . . . . . . $ | | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions . . . . . . | | ☐ | X |

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| | **1** | Ordinary business income (loss) (page 1, line 22) . . . . . . . . . . . . . . . . . . . . | **1** | 163,416 |
| | **2** | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . . . . . . . . . | **2** | |
| | **3a** | Other gross rental income (loss) . . . . . . . . . . . . | **3a** | |
| Income (Loss) | **b** | Expenses from other rental activities (attach statement) . . . . . . . . . | **3b** | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a . . . . . . . . . . . . . . | **3c** | |
| | **4** | Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 31 |
| | **5** | Dividends: **a** Ordinary dividends . . . . . . . . . . . . . . . . . . . . . . | **5a** | |
| | | **b** Qualified dividends . . . . . . . . . . . . . . . . | **5b** | |
| | **6** | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| | **7** | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . . . . . . | **7** | |
| | **8a** | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . . . . . . | **8a** | |
| | **b** | Collectibles (28%) gain (loss) . . . . . . . . . . . | **8b** | |
| | **c** | Unrecaptured section 1250 gain (attach statement) . . . . . . . . . | **8c** | |
| | **9** | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . . . . . . . . | **9** | |
| | **10** | Other income (loss) (see instructions) . . . . . . . Type: | **10** | |
| Deductions | **11** | Section 179 deduction (attach Form 4562) . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| | **12a** | Charitable contributions . . . . . . . . . . . . . . . . . . . . Statement #9 | **12a** | 1,036 |
| | **b** | Investment interest expense . . . . . . . . . . . . . . . . . . . . . . | **12b** | |
| | **c** | Section 59(e)(2) expenditures . . . . . . . . . . Type: | **12c** | |
| | **d** | Other deductions (see instructions) . . . . . . . . Type: | **12d** | |
| Credits | **13a** | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . . . . . . . . . . | **13a** | |
| | **b** | Low-income housing credit (other) . . . . . . . . . . . . . . . . . . . . . . . | **13b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . . . . . . . | **13c** | |
| | **d** | Other rental real estate credits (see instructions) . . Type: | **13d** | |
| | **e** | Other rental credits (see instructions) . . . . . . . Type: | **13e** | |
| | **f** | Biofuel producer credit (attach Form 6478) . . . . . . . . . . . . . . . . . . . . . . | **13f** | |
| | **g** | Other credits (see instructions) . . . . . . . . . Type: | **13g** | |
| Inter- national | | Qualified for exception to filing Schedule K-2 | | |
| | **14** | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items - International, and check this box to indicate you are reporting items of international tax relevance . . . . . . . . . . ☐ | | |
| Alternative Minimum Tax (AMT) Items | **15a** | Post-1986 depreciation adjustment . . . . . . . . . . . . . . . . . . . . . . . . . | **15a** | |
| | **b** | Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15b** | |
| | **c** | Depletion (other than oil and gas) . . . . . . . . . . . . . . . . . . . . . . . . | **15c** | |
| | **d** | Oil, gas, and geothermal properties - gross income . . . . . . . . . . . . . . . . . . | **15d** | |
| | **e** | Oil, gas, and geothermal properties - deductions . . . . . . . . . . . . . . . . . . . | **15e** | |
| | **f** | Other AMT items (attach statement) . . . . . . . . . . . . . . . . . . . . . . . | **15f** | |
| Items Affecting Shareholder Basis | **16a** | Tax-exempt interest income . . . . . . . . . . . . . . . . . . . . . . . . . . | **16a** | |
| | **b** | Other tax-exempt income . . . . . . . . . . . . . . . . . . . . . . . . . . | **16b** | |
| | **c** | Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . . . . . | **16c** | |
| | **d** | Distributions (attach statement if required) (see instructions) . . . . . . . . . . . . . . | **16d** | |
| | **e** | Repayment of loans from shareholders . . . . . . . . . . . . . . . . . . . . . . | **16e** | |
| | **f** | Foreign taxes paid or accrued . . . . . . . . . . . . . . . . . . . . . . . . . | **16f** | |

EEA                                                                                       Form **1120-S** (2023)

Form 1120-S (2023) Rocky Mountain Imports LLC                              86-3794720                    Page **4**

### Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| | | | | Total amount |
|---|---|---|---|---|
| **Other Information** | **17a** | Investment income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17a** | 31 |
| | **b** | Investment expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17b** | |
| | **c** | Dividend distributions paid from accumulated earnings and profits . . . . . . . . . . . . . . . . . | **17c** | |
| | **d** | Other items and amounts (attach statement)        Statement #18 | | |
| **Reconciliation** | **18** | **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f . . . . . . . . . . . . . . . . . | **18** | 162,411 |

### Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash . . . . . . . . . . . . . . . . . | | 69,761 | | 6,988 |
| 2a | Trade notes and accounts receivable . . . . . . | 76,504 | | 85,462 | |
| b | Less allowance for bad debts . . . . . . . . . . . | ( ) | 76,504 | ( ) | 85,462 |
| 3 | Inventories . . . . . . . . . . . . . . . . | | 468,147 | | 774,562 |
| 4 | U.S. government obligations . . . . . . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . . . . . | | | | |
| 6 | Other current assets (attach statement) . . . . . . | Statement #19 | 6,800 | Statement #19 | 11,650 |
| 7 | Loans to shareholders . . . . . . . . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . . . . . . | | | | |
| 9 | Other investments (attach statement) . . . . . . . | | | | |
| 10a | Buildings and other depreciable assets . . . . . | 80,964 | | 80,964 | |
| b | Less accumulated depreciation . . . . . . . . . | ( 40,248 ) | 40,716 | ( 55,553 ) | 25,411 |
| 11a | Depletable assets . . . . . . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . . . . . | ( ) | | ( ) | |
| 12 | Land (net of any amortization) . . . . . . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . . . . . | 902,361 | | 902,361 | |
| b | Less accumulated amortization . . . . . . . . . | ( 120,316 ) | 782,045 | ( 180,474 ) | 721,887 |
| 14 | Other assets (attach statement) . . . . . . . . . | | | | |
| 15 | Total assets . . . . . . . . . . . . . . . . | | 1,443,973 | | 1,625,960 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . . . . . . . . | | (1,007) | | 345,645 |
| 17 | Mortgages, notes, bonds payable in less than 1 year . . . | | 214,006 | | 0 |
| 18 | Other current liabilities (attach statement) . . . . . | | | | |
| 19 | Loans from shareholders . . . . . . . . . . . . | | 3,438 | | 0 |
| 20 | Mortgages, notes, bonds payable in 1 year or more . . . | | 1,528,736 | | 1,421,143 |
| 21 | Other liabilities (attach statement) . . . . . . . . | | | | |
| 22 | Capital stock . . . . . . . . . . . . . . . . | | 50,000 | | 50,000 |
| 23 | Additional paid-in capital . . . . . . . . . . . . | | 0 | | 8,486 |
| 24 | Retained earnings . . . . . . . . . . . . . . . | | (351,200) | | (199,314) |
| 25 | Adjustments to shareholders' equity (attach statement) . . | | | | |
| 26 | Less cost of treasury stock . . . . . . . . . . . | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity . . . . . . | | 1,443,973 | | 1,625,960 |

EEA                                                                                              Form **1120-S** (2023)

Form 1120-S (2023)  Rocky Mountain Imports LLC                                86-3794720                     Page **5**

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . . | 151,886 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): _____ | | a | Tax-exempt interest $ _____ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ _____ | | a | Depreciation $ _____ | |
| b | Travel and entertainment  $ _____ Statement #26          10,525 | | | _____ | |
| | | 10,525 | 7 | Add lines 5 and 6 . . . . . . . . . . . . | |
| 4 | Add lines 1 through 3 . . . . . . . . . . . | 162,411 | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 162,411 |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions) |
|---|---|

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . . . . . . | (361,725) | | | |
| 2 | Ordinary income from page 1, line 22 . . . . . . . . | 163,416 | | | |
| 3 | Other additions . . . . . Statement #29 . . . . | 31 | | | |
| 4 | Loss from page 1, line 22 . . . . . . . . . . . . . | ( ) | | | |
| 5 | Other reductions . . . Statement #30 . . . . | ( 1,036 ) | | | ( ) |
| 6 | Combine lines 1 through 5 . . . . . . . . . . . . . | (199,314) | | | |
| 7 | Distributions . . . . . . . . . . . . . . . . . . . | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . | (199,314) | | | |

EEA                                                                                          Form **1120-S** (2023)

Form **1125-A**

(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| Rocky Mountain Imports LLC | 86-3794720 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | **1** | 468,147 |
| 2 | Purchases | **2** | 637,950 |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule) ............................Statement #5. | **5** | 83,538 |
| 6 | **Total.** Add lines 1 through 5 | **6** | 1,189,635 |
| 7 | Inventory at end of year | **7** | 774,562 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 415,073 |

**9a** Check all methods used for valuing closing inventory:

    *(i)* ☒ Cost

    *(ii)* ☐ Lower of cost or market

    *(iii)* ☐ Other (Specify method used and attach explanation.)   ▶ _____

**b** Check if there was a writedown of subnormal goods ............................................. ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............. ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO ................................................. | **9d** |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ...... ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ............................................................... ☒ Yes ☐ No

                      Statement #1A

671121

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2023**

For calendar year 2023, or tax year

beginning _____ 2023 _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.**     See separate instructions.

| Part I | Information About the Corporation |

**A** Corporation's employer identification number
86-3794720

**B** Corporation's name, address, city, state, and ZIP code
Rocky Mountain Imports LLC

451 Forest Edge Road

Woodland Park          CO   80863

**C** IRS Center where corporation filed return
Ogden

**D** Corporation's total number of shares
Beginning of tax year . . . . . . . . .         100
End of tax year . . . . . . . . . . . .          100

| Part II | Information About the Shareholder |

**E** Shareholder's identifying number

**F** Shareholder's name, address, city, state, and ZIP code
Gary Greenwald

1501 Bent Tree Trails Ct
Fenton          MO   63026

**G** Current year allocation percentage . . . . . .   100.00000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . . . . .          100
End of tax year . . . . . . . . . . .           100

**I** Loans from shareholder
Beginning of tax year . . . . . . . . $ _____
End of tax year . . . . . . . . . . . $ _____

For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |

| 1 | Ordinary business income (loss) | 13 | Credits |
| | 163,416 | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| | 31 | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked . . . . . . . ☐ |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis |
| 10 | Other income (loss) | | |
| | | 17 | Other information |
| | | A | 31 |
| 11 | Section 179 deduction | AC | 1,736,598 |
| 12 | Other deductions | | |
| A | 1,036 | V* | STMT |
| 18 | More than one activity for at-risk purposes* |
| 19 | More than one activity for passive activity purposes* |

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.     www.irs.gov/Form1120S          **Schedule K-1 (Form 1120-S) 2023**
EEA

| Schedule K-1 Supplemental Information | 2023 |
|---|---|

Shareholder's name

**Gary Greenwald**

Shareholder's ID Number

Name of S Corporation

**Rocky Mountain Imports LLC**

S Corporation's EIN

**86-3794720**

## Schedule K-3 Notification

The corporation has met the following criteria for tax year 2023, presently exempting it from filing Schedule K-3 (Form 1120-S), Shareholder's Share of Income, Deductions, Credits, etc. - International:

      Criteria 1 - Corporation had no or limited foreign activity

      Criteria 2 - Each of the shareholders was a U.S. citizen, resident alien, or certain domestic trust

With respect to the corporation meeting criteria 1 and 2, shareholders are hereby notified they will not be receiving a Schedule K-3 from the corporation unless the shareholder specifically requests the schedule.

A request for a Schedule K-3 is time sensitive and should be made as soon as possible.

K3EX STM.LD

Form **1125-E**

(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

**Compensation of Officers**

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ **Information about Form 1125-E and its separate instructions is at** *www.irs.gov/form1125e.*

OMB No. 1545-0123

Name

Rocky Mountain Imports LLC

Employer identification number

86-3794720

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1   Gary Greenwald | ███████ | 100 % | 100 % | 0 % | 85,000 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| 2   Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 85,000 |
| 3   Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . . | **3** | |
| 4   Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 85,000 |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

EEA

Form **4562**

Department of the Treasury
Internal Revenue Service

**Depreciation and Amortization**

**(Including Information on Listed Property)**
**Attach to your tax return.**
**Go to www.irs.gov/Form4562 for instructions and the latest information.**

OMB No. 1545-0172

**2023**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Rocky Mountain Imports LLC | FORM 1120S | 86-3794720 |

## Part I — Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | | |
|---|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . . . . | | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . | | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . . | | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . | | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . . . . . | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 . . . . . . . . . . . | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions . . . . | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . . . . . | | **12** | |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 . . . | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation   (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |

## Part III — MACRS Depreciation   (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 . . . . . . . . . | **17** | 15,305 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ | | |

### Section B - Assets Placed in Service During 2023 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental | | | 27.5 yrs. | MM | S/L | |
| property | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real | | | 39 yrs. | MM | S/L | |
| property | | | | MM | S/L | |

### Section C - Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

## Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions . . | **22** | 15,305 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . . . | **23** | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2023)

EEA

Form 4562 (2023)    Rocky Mountain Imports LLC    86-3794720    Page **2**

| Part V | Listed Property | (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

| 24a Do you have evidence to support the business/investment use claimed? | Yes ☐ No ☐ | 24b If "Yes," is the evidence written? | Yes ☐ No ☐ |
|---|---|---|---|

| (a)<br>Type of property (list vehicles first) | (b)<br>Date placed in service | (c)<br>Business/investment use percentage | (d)<br>Cost or other basis | (e)<br>Basis for depreciation (business/investment use only) | (f)<br>Recovery period | (g)<br>Method/Convention | (h)<br>Depreciation deduction | (i)<br>Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . . | | | | | | **25** | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . | | | | | | **28** | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . | | | | | | | **29** | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a)<br>Vehicle 1 | | (b)<br>Vehicle 2 | | (c)<br>Vehicle 3 | | (d)<br>Vehicle 4 | | (e)<br>Vehicle 5 | | (f)<br>Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** | Total business/investment miles driven during the year (**don't** include commuting miles) . . | 5,000 | | | | | | | | | | | |
| **31** | Total commuting miles driven during the year . | | | | | | | | | | | | |
| **32** | Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| **33** | Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . | 5,000 | | | | | | | | | | | |
| **34** | Was the vehicle available for personal use during off-duty hours? . . . . . . . . | Yes | No<br>X | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** | Was the vehicle used primarily by a more than 5% owner or related person?. . . . | X | | | | | | | | | | | |
| **36** | Is another vehicle available for personal use? | X | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . | | |
| **39** | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . | | |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| Part VI | Amortization |
|---|---|

| (a)<br>Description of costs | (b)<br>Date amortization begins | (c)<br>Amortizable amount | (d)<br>Code section | (e)<br>Amortization period or percentage | (f)<br>Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2023 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2023 tax year . . . . . . . . . . . . . . . . . . . . . | | | **43** | | 60,158 |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . | | | **44** | | 60,158 |

EEA

Form **4562** (2023)

| **Federal Supporting Statements** | **2023** PG01 |
|---|---|
| Name(s) as shown on return | Tax ID Number |
| Rocky Mountain Imports LLC | 86-3794720 |

### Schedule L - Line 16 - Accounts Payable

| Description | Beg Of Year | End Of Year |
|---|---|---|
| Payables | (1,007) | 131,409 |
| Credit Cards | | 4,558 |
| Payroll Liabilities | | 9,569 |
| JP Receivable | | 200,109 |
| **Total** | **(1,007)** | **345,645** |


### Schedule L - Line 17 - Mortgages/Notes/Bonds Payable

PG01
1 yr

| Description | Beg Of Year | End Of Year |
|---|---|---|
| Short-term Notes | 214,006 | |
| **Total** | **214,006** | |


### Schedule L - Line 19 - Loans from Shareholders

PG01

| Description | Beg Of Year | End Of Year |
|---|---|---|
| Shareholder Loan | 3,438 | |
| **Total** | **3,438** | |

STATMENT.LD

| **Federal Supporting Statements** | **2023** PG01 |
|---|---|
| Name(s) as shown on return | Tax ID Number |
| Rocky Mountain Imports LLC | 86-3794720 |

### Schedule L - Line 20 - Mortgages/Notes/Bonds Payable 1 yr or more

| Description | Beg Of Year | End Of Year |
|---|---|---|
| Long Term | 1,528,736 | 1,421,143 |
| **Total** | 1,528,736 | 1,421,143 |

**PG01**
### Form 1120S - Line 20 - Other Deductions
Statement #2

| Description | Amount |
|---|---|
| Amortization | 60,158 |
| Automobile and Truck Expense | 3,998 |
| Bank Charges | 2,320 |
| Commissions | 66,879 |
| Dues and Subscriptions | 9,551 |
| Freight | 209,327 |
| Insurance | 38,338 |
| Legal and Professional | 3,193 |
| Office Expense | 58,973 |
| Outside Services/Sub Contractors | 2,388 |
| Travel | 19,915 |
| Merchant Processing | 31,870 |
| Show Costs | 31,652 |
| **Total** | 538,562 |

**PG01**
### Schedule K - Line 12a - Contributions
Statement #9

| Description | Amount |
|---|---|
| Cash Contributions (60%) | 1,036 |
| **Total** | 1,036 |

STATMENT.LD

| **Federal Supporting Statements** | **2023**  PAGE 1 |
|---|---|
| Name(s) as shown on return | Tax ID Number |
| Rocky Mountain Imports LLC | 86-3794720 |

### Schedule K - Line 17d - Other Items

Statement #18

| Description | Amount |
|---|---|
| Gross receipts for sec. 448(c) | 1,736,598 |

### Schedule L - Line 6 - Other Current Assets

PG01

Statement #19

| Description | Beg Of Year | End Of Year |
|---|---|---|
| Employee Advance | 6,800 | 11,650 |
| **Total** | **6,800** | **11,650** |

### Schedule M-1 - Line 3b - Expense Recorded on Books

PG01

Statement #26

| Description | Amount |
|---|---|
| Adjustment From Prior Years | 10,525 |
| **Total** | **10,525** |

### Schedule M-2 - Line 3 Other Adjustments

PG01

Statement #29

| Description | Amount |
|---|---|
| Interest Income | 31 |
| **Total** | **31** |

STATMENT.LD

| **Federal Supporting Statements** | **2023** | **PG01** |
|---|---|---|

Name(s) as shown on return

Rocky Mountain Imports LLC

Tax ID Number

86-3794720

Schedule M-2 - Line 5 - Other Reductions          Statement #30

| Description | Amount |
|---|---|
| Contributions | 1,036 |
| **Total** | **1,036** |

**PG01**
Form1125A - Line 5 - Other Cost          Statement #5

| Description | Amount |
|---|---|
| Costs Of Goods - Other Costs | 83,538 |
| **Total** | **83,538** |

**PG01**
Form 1125A - Line 9f          Statement #1A

EXPLANATION
Kilo to pound protocols.

**Fill in this information to identify the case:**

Debtor name    **Rocky Mountain Imports, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 21, 2025**          X */s/ Gary Greenwald*
                                              Signature of individual signing on behalf of debtor

                                              **Gary Greenwald**
                                              Printed name

                                              **Managing Member**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Rocky Mountain Imports, LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................   $ _____ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................   $ _____ **96,089.59**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................   $ _____ **96,089.59**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____ **1,354,828.19**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................   $ _____ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____ **446,110.58**

4.  Total liabilities .................................................................................
    Lines 2 + 3a + 3b
                        $ _____ **1,800,938.77**

**Fill in this information to identify the case:**

Debtor name   **Rocky Mountain Imports, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
| --- | --- | --- |
| 2. | **Cash on hand** | **$3,181.71** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Vectra Bank of Colorado. Value as of January 14, 2025.** | **Checking** | 0462 | **$2,664.13** |
| 3.2. | **Vectra Bank of Colorado. Value as of January 14, 2025.** | **Savings** | 4825 | **$500.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$6,345.84**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Landlord security deposit** | **$6,250.00** |
| --- | --- | --- |

Debtor    **Rocky Mountain Imports, LLC**                                    Case number *(If known)* _____
_____
Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                    | **$6,250.00** |

      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:        **38,068.41**      -        **0.00**  = ....        **$38,068.41**
                                        face amount                  doubtful or uncollectible accounts

       11b. Over 90 days old:           **4,725.84**       -        **0.00**  =....         **$4,725.84**
                                        face amount                  doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                 | **$42,794.25** |

       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |

Debtor    **Rocky Mountain Imports, LLC**                          Case number *(If known)* _____
          Name

**Inventory held for sale. The Debtor traditionally does inventory one time per year but with employee shortages it has not been able to conduct a full physical inventory in year 2024. The Debtor does not know the value of its inventory.  The Debtor notes that the current balance sheet reflects a value for inventory but does not know if that figure is reliable.  The Debtor will endeavor to conduct a full physical inventory as soon as possible.**    **Unknown**    **$0.00**

**Bear Claws, about 1,000 on hand.**    **$1,000.00**    Retail Price    **$3,500.00**

**Magnets, about 1,000 on hand.**    **$750.00**    Retail Price    **$1,750.00**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**    **$5,250.00**

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Debtor   **Rocky Mountain Imports, LLC**                              Case number *(If known)* _____
         Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** | | |
| | **Office furniture. Net book value b.31 through b.41 are the values agreed to by parties in the Asset Purchase Agreement dated June, 2021.** | $29,870.00 | Mgmt Opinion | $8,000.00 |
| | **Office desk/chair/cabinets.** | $29,000.00 | Mgmt Opinion | $1,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Office electronics** | $10,282.00 | Mgmt Opinion | $2,000.00 |
| | **Computer Server** | $6,940.00 | Mgmt Opinion | $1,000.00 |
| | **Computer Tower** | $1,490.00 | Mgmt Opinion | $250.00 |
| | **Computer Tower** | $425.00 | Mgmt Opinion | $100.00 |
| | **Computer monitors (multiple)** | $1,425.00 | Mgmt Opinion | $150.00 |
| | **Phone system** | $2,880.00 | Mgmt Opinion | $200.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                  | $12,700.00 |
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Debtor    **Rocky Mountain Imports, LLC**                          Case number *(If known)* _____
          <sub>Name</sub>

| | | | | |
|---|---|---|---|---|
| 47.1. | **2006 Isuzu NPR Box Truck. 185,345 miles. VIN: JALB4B16867018773.** | **$10,000.00** | **Mgmt Opinion** | **$9,000.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Skid Steer** | **$10,000.00** | **Mgmt Opinion** | **$0.00** |
| **Stone cutting and polishing machine** | **$1,000.00** | **Mgmt Opinion** | **$900.00** |
| **Imprint Machine** | **$190.00** | **Mgmt Opinion** | **$100.00** |
| **UPS Label Maker** | **$730.00** | **Mgmt Opinion** | **$150.00** |
| **Pallet Truck Scale** | **$1,595.00** | **Mgmt Opinion** | **$250.00** |
| **Shipping Container** | **$3,015.00** | **Mgmt Opinion** | **$500.00** |
| **XT hand Truck** | **$700.00** | **Mgmt Opinion** | **$200.00** |

51.    **Total of Part 8.**                                               | **$11,100.00** |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

| Debtor | **Rocky Mountain Imports, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.1. | **451 Forest Edge Road Woodland Park, CO 80863. Commercial warehouse with office spaces.** | **Lease through June, 2026** | $0.00   **Mgmt Opinion** | $0.00 |

**56.**   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $0.00 |
|---|---|

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** www.pikespeakrock.com | $0.00 | **Mgmt Opinion** | $0.00 |
| **62.**   **Licenses, franchises, and royalties** | | | |
| **63.**   **Customer lists, mailing lists, or other compilations** Wholesale customer contact information for marketing purposes | $0.00 | **Mgmt Opinion** | $0.00 |
| **64.**   **Other intangibles, or intellectual property** | | | |
| **65.**   **Goodwill** | | | |

**66.**   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Debtor    **Rocky Mountain Imports, LLC**                    Case number *(If known)* _____
_____
Name

■ No
☐ Yes

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)
**Employee loans - Gary Greenwald ($5,000), A. Demarais ($1,600), (former employee) N. Nevinzenko ($49.50), T. Spurlock ($5,000).**

| 11,649.50 | - | 0.00 | = |
|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | |

**$11,649.50**

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
**Farmers Insurance General Liability Policy 15-69.**
**Farmers Insurance Workers Compensation Policy 90-19.**

**Unknown**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$11,649.50**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **Rocky Mountain Imports, LLC**                                    Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,345.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,250.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $42,794.25 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,250.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $11,100.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $11,649.50 | |
| 91. **Total.** Add lines 80 through 90 for each column | $96,089.59 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $96,089.59 |

**Fill in this information to identify the case:**

Debtor name __**Rocky Mountain Imports, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1    Live Oak Bank**
Creditor's Name

**1741 Tiburon Dr**
**Wilmington, NC 28403**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**June, 2021**
**Last 4 digits of account number**
**0696**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets. UCC-1: 20212055855. SBA Loan.**
**Prepetition delinquent $455,737.09**

**Describe the lien**
**UCC-1 Filing**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$988,328.19** | **$0.00**

**2.2    Live Oak Bank**
Creditor's Name

**1741 Tiburon Dr**
**Wilmington, NC 28403**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**July, 2021**
**Last 4 digits of account number**
**0697**
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All assets. UCC-1: 20212064903. Second**
**position. Line of Credit.**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$146,500.00** | **$0.00**

| Debtor | **Rocky Mountain Imports, LLC** | | Case number *(if known)* | |
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Peak Imports, Inc.** | Describe debtor's property that is subject to a lien | $220,000.00 | Unknown |

Creditor's Name

**c/o Jeff Pranchak, CEO
5395 Ona Road
Cascade, CO 80809**

Creditor's mailing address

**All Assets. UCC-1: 20212064959. Third position.**

Creditor's email address, if known

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Date debt was incurred**
**June, 2021**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,354,828.19 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

**Fill in this information to identify the case:**

Debtor name  **Rocky Mountain Imports, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Colorado Department of Revenue**
**PO Box 17087**
**Denver, CO 80217-0087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notification purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notification purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor **Rocky Mountain Imports, LLC**     Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00    $0.00 |

2.3   Priority creditor's name and mailing address

**Teller County Treasurer's Office**
**PO Box 367**
**Cripple Creek, CO 80813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**For notification purposes**

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)    ■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | **$80,650.00** |

**Africa Minerals**
**711 S Jacobus Ave**
**Tuscon, AZ 85701**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Supplier-Morrocco**

Is the claim subject to offset?   ■ No   ☐ Yes

---

3.2   Nonpriority creditor's name and mailing address     **$9,570.00**

**Agate Gems and Minerals Exports**
**Dayam Mansuri**
**3 Park View, Kagdiwad**
**Ellsibridge**
**Ahmedabad-380006, Gujarat, India**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Supplier-India**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

3.3   Nonpriority creditor's name and mailing address     **$5,044.33**

**Busch & Slates, Inc.**
**PO Box 954**
**Gig Harbor, WA 98335**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Sales Reps**

Is the claim subject to offset?   ■ No   ☐ Yes

---

3.4   Nonpriority creditor's name and mailing address     **$169,500.00**

**CanCapital**
**1850 Parkway Place Ste 1150**
**Marietta, GA 30067**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Hard Money Lender**

Is the claim subject to offset?   ■ No   ☐ Yes

---

3.5   Nonpriority creditor's name and mailing address     **$150,000.00**

**Cecil Whittaker's Pizzeria**
**dba Two G Enterprises, Inc.**
**1501 Bent Tree Trails Ct**
**Fenton, MO 63026**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Loan**

Is the claim subject to offset?   ■ No   ☐ Yes

---

Debtor  **Rocky Mountain Imports, LLC**                     Case number (if known) _____
            _____
            Name

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$880.00** |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$880.00** |
|---|---|---|---|

**3.6**
**Nonpriority creditor's name and mailing address**
**Enter The Earth**
**468 Weaverville Rd**
**Asheville, NC 28804**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier-Madagascar**

Is the claim subject to offset? ■ No ☐ Yes

**$880.00**

---

**3.7**
**Nonpriority creditor's name and mailing address**
**Eons Expos, LLC**
**235 First Street**
**Keyport, NJ 07735**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Show**

Is the claim subject to offset? ■ No ☐ Yes

**$2,774.25**

---

**3.8**
**Nonpriority creditor's name and mailing address**
**Fox Excavation**
**PO Box 216**
**Divide, CO 80814**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Snow Removal**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.9**
**Nonpriority creditor's name and mailing address**
**Hartford**
**Brennan & Clark**
**2301 W 22nd St. #301**
**Oak Brook, IL 60523**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance-Workman's Comp & Bus**

Is the claim subject to offset? ■ No ☐ Yes

**$2,988.00**

---

**3.10**
**Nonpriority creditor's name and mailing address**
**Joe Goldberg Enterprises**
**7378 NW 5th Street**
**Plantation, FL 33317**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sales Reps**

Is the claim subject to offset? ■ No ☐ Yes

**$278.00**

---

**3.11**
**Nonpriority creditor's name and mailing address**
**Kapes Company**
**5901 Wyoming Blvd NE**
**Ste J-176**
**Albuquerque, NM 87109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sales Reps**

Is the claim subject to offset? ■ No ☐ Yes

**$402.00**

---

**3.12**
**Nonpriority creditor's name and mailing address**
**Kinsta-Wordpress**
**8605 Santa Monica Blvd. #92581**
**West Hollywood, CA 90069**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Website Hosting**

Is the claim subject to offset? ■ No ☐ Yes

**$305.00**

---

| Debtor | **Rocky Mountain Imports, LLC** | Case number (if known) | |
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address

Petru Fallet
451 Forest Edge Road
Woodland Park, CO 80863

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier-Boxes**

Is the claim subject to offset? ■ No ☐ Yes

**$3,506.00**

---

**3.14** | Nonpriority creditor's name and mailing address

R-Biz Associates
1620 Golden Ave
Hermosa Beach, CA 90254

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sales Reps**

Is the claim subject to offset? ■ No ☐ Yes

**$1,243.00**

---

**3.15** | Nonpriority creditor's name and mailing address

Rhodesco
3910 Sinton Road
Colorado Springs, CO 80907

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Printing**

Is the claim subject to offset? ■ No ☐ Yes

**$958.00**

---

**3.16** | Nonpriority creditor's name and mailing address

Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For notification purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.17** | Nonpriority creditor's name and mailing address

Uline
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Packing Materials**

Is the claim subject to offset? ■ No ☐ Yes

**$2,778.00**

---

**3.18** | Nonpriority creditor's name and mailing address

UPS
PO Box 650116
Dallas, TX 75265-0116

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping**

Is the claim subject to offset? ■ No ☐ Yes

**$4,104.00**

---

**3.19** | Nonpriority creditor's name and mailing address

US Office & Industrial Supply
7405 Woodley Avenue
Van Nuys, CA 91406

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$62.00**

---

Debtor **Rocky Mountain Imports, LLC**
Case number *(if known)* _____
Name

| | |
|---|---|
| 3.20 | |

**Nonpriority creditor's name and mailing address**
Vectra Bank of Colorado
2000 S Colorado Blvd Ste 2-1200
Denver, CO 80222-7933

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$1,079.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card (Visa)

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.21 | |

**Nonpriority creditor's name and mailing address**
Village Originals, Inc.
7256 Cross Park Drive
North Charleston, SC 29418

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$9,839.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplier

Is the claim subject to offset? ■ No  ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Colorado Department of Revenue**<br>Attn: BK Dept RM104<br>1881 Pierce St<br>Denver, CO 80214 | Line  2.1 <br>☐ Not listed. Explain ____ | _ |
| 4.2 **Vectra Bank of Colorado**<br>7222 E Layton Ave<br>Denver, CO 80237 | Line  3.20 <br>☐ Not listed. Explain ____ | _ |

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 446,110.58 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 446,110.58 |

**Fill in this information to identify the case:**

Debtor name  **Rocky Mountain Imports, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Truck Insurance Exchange Policy # 25-48** | |
| | State the term remaining | **1/10/2026** | **Farmers Insurance** |
| | List the contract number of any government contract | _____ | **Attn: Legal Department 6301 Owensmouth Ave Woodland Hills, CA 91367** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **General Liability Insurance Policy # 15-69** | |
| | State the term remaining | **6/30/2025** | **Farmers Insurance** |
| | List the contract number of any government contract | _____ | **PO Box 2847 Grand Rapids, MI 49501-2847** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Workers Compensation Insurance Policy # 90-19** | |
| | State the term remaining | **1/10/2026** | **Farmers Insurance** |
| | List the contract number of any government contract | _____ | **Attn: Corporate Secretary PO Box 4461 Woodland Hills, CA 91365** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord (and former Owner)** | |
| | State the term remaining | **June, 2026** | **Peak Imports, Inc.** |
| | List the contract number of any government contract | _____ | **c/o Jeff Pranchak 5395 Ona Road Cascade, CO 80809** |

Debtor 1  **Rocky Mountain Imports, LLC**

First Name          Middle Name          Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **UPS Digital Connections Agreement** | |
|---|---|---|---|
| | State the term remaining | | **United Parcel Service** |
| | List the contract number of any government contract | | **Attn: Legal Department** |
| | | | **55 Glenlake Parkway NE** |
| | | | **Atlanta, GA 30328** |

**Fill in this information to identify the case:**

Debtor name    **Rocky Mountain Imports, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
     amended filing

## Official Form 206H
## Schedule H: Your Codebtors        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Amanda Greenwald** | **1501 Bent Tree Trails Ct Fenton, MO 63026** | **Live Oak Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Double G Holdings, LLC** | **451 Forest Edge Road Woodland Park, CO 80863 Company formed May, 2021. Currently inactive.** | **Live Oak Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Gary Greenwald** | **1501 Bent Tree Trails Ct Fenton, MO 63026** | **CanCapital** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.4 | **Gary Greenwald** | **1501 Bent Tree Trails Ct Fenton, MO 63026** | **Live Oak Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Gary Greenwald** | **1501 Bent Tree Trails Ct Fenton, MO 63026** | **Live Oak Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Rocky Mountain Imports, LLC**                    Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

**Fill in this information to identify the case:**

Debtor name    **Rocky Mountain Imports, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>■ Other  **2024 P&L through 11/2024** | **$1,167,662.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>■ Other  **2023 Tax Return** | **$1,736,598.00** |
| **For the fiscal year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>■ Other  **2022 Tax Return** | **$2,426,966.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

Debtor    **Rocky Mountain Imports, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Exhibit SOFA 3** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Kevin Greenwald**<br>**16152 Old Forest Point Apt #303**<br>**Monument, CO 80132**<br>**Son-to-Managing Member** | **Bi-weekly. Bonus paid end of year 12/2023.** | **$48,877.90** | **Payroll of $44,877.90 and a $4,000 employee bonus** |
| 4.2.    **Gary Greenwald**<br>**1501 Bent Tree Trails Ct**<br>**Fenton, MO 63026**<br>**Managing Member** | **Bi-weekly. Health insurance paid monthly** | **$80,511.62** | **Payroll and health insurance payments. Debtor pays $1,100/month for health insurance.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor   **Rocky Mountain Imports, LLC**                                        Case number *(if known)*

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Fox Law Corporation, Inc.**<br>**17835 Ventura Blvd Ste 306**<br>**Encino, CA 91316** | **Retainer and Chapter 11 Filing Fee** | **December 3, 2024** | **$50,000.00** |
| | **Email or website address**<br>**srfox@foxlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Law Offices of Kevin S. Neiman, pc**<br>**999 18th Street, Ste 1230**<br>**Denver, CO 80202** | **Retainer and Chapter 11 Filing Fee ($15,000 directly from debtor; $1,730 from The Fox Law Corporation, Inc., which had previously received from the debtor)** | **January 13, 2025** | **$16,730.00** |
| | **Email or website address**<br>**kevin@ksnpc.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

| Debtor | **Rocky Mountain Imports, LLC** | Case number *(if known)* | |
|--------|----------------------------------|--------------------------|---|

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|------------------------|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|--------------------------------|-----------------------------------------------------------------------------------|------------------------|------------------------|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|-----------------------------|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **Rocky Mountain Imports, LLC**                                    Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | **Rocky Mountain Imports, LLC** | Case number *(if known)* | |

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Jerry Aud, CPA**<br>**400 W. Midland Ave #100B**<br>**Woodland Park, CO 80863** | **2024-Current** |
| 26a.2.   **Lisa Rector, CPA**<br>**PO Box 449**<br>**Woodland Park, CO 80866** | **2022-2023** |
| 26a.3.   **Ryan Leonardo**<br>**3960 Boulder Dr**<br>**Jurupa Valley, CA 92509** | **2024-Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Rocky Mountain Imports, LLC**<br>**451 Forest Edge Rd**<br>**Woodland Park, CO 80863** | |
| 26c.2.   **Gary Greenwald**<br>**1501 Bent Tree Trails Ct**<br>**Fenton, MO 63026** | |

Debtor **Rocky Mountain Imports, LLC**      Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3. **Jerry Aud, CPA**<br>**400 W. Midland Ave #100B**<br>**Woodland Park, CO 80863** | |
| 26c.4. **Ryan Leonardo**<br>**3960 Boulder Dr**<br>**Jurupa Valley, CA 92509** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **WebBank - CanCapital**<br>**c/o CNA Capital, Inc., Servicer**<br>**1850 Parkway Place Ste 1150**<br>**Marietta, GA 30067** |
| 26d.2. **Live Oak Bank**<br>**1741 Tiburon Dr**<br>**Wilmington, NC 28403** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Petru Fallet** | **December 2023** | **(cost)** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Gary Greenwald**<br>**1501 Bent Tree Trails Ct**<br>**Fenton, MO 63026** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gary Greenwald** | **1501 Bent Tree Trails Ct**<br>**Fenton, MO 63026** | **Managing Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **Rocky Mountain Imports, LLC**                            Case number *(if known)*

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Kevin Greenwald** **16152 Old Forest Point Apt #303** **Monument, CO 80132** | **$48,877.90** | **Bi-weekly and December, 2023** | **Payroll of $44,877.90 and a $4,000 employee bonus** |
| | **Relationship to debtor** **Son-to-Managing Member** | | | |
| 30.2. | **Gary Greenwald** **1501 Bent Tree Trails Ct** **Fenton, MO 63026** | **$80,511.62** | **Bi-weekly and Monthly** | **Payroll and health insurance payments** |
| | **Relationship to debtor** **Managing Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 21, 2025**

**/s/ Gary Greenwald**                                 **Gary Greenwald**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**EXHIBIT SOFA 3**

| | Date | Clr | Credit |
|---|---|---|---|
| **Advance Jewel** | 10/29/2024 | Y | 12,183.50 |
| **Can Capital** | 11/29/2024 | Y | 6,538.95 |
| | 12/05/2024 | Y | 2,690.82 |
| | 12/12/2024 | Y | 2,690.82 |
| | | | 11,920.59 |
| **HL Gemas E Minerais** | 12/02/2024 | Y | 11,746.80 |
| **Live Oak Bank** | 10/29/2024 | Y | 6,822.23 |
| | 11/07/2024 | Y | 1,267.32 |
| | | | 8,089.55 |
| **LODI CRISTAIS** | 12/02/2024 | Y | 10,168.89 |
| | | | 10,168.89 |
| **Patrick Rettig Corporation** | 12/02/2024 | Y | 6,000.00 |
| | 01/06/2025 | N | 3,000.00 |
| | 01/13/2025 | N | 3,000.00 |
| | | | 12,000.00 |
| **Peak Property Holdings** | 11/12/2024 | Y | 7,697.58 |
| | 12/05/2024 | Y | 7,697.58 |
| | | | 15,395.16 |
| **UPS** | 10/25/2024 | Y | 1,835.04 |
| | 10/28/2024 | Y | 2,031.36 |
| | 11/11/2024 | Y | 1,722.89 |
| | 11/13/2024 | Y | 1,149.61 |
| | 11/21/2024 | Y | 2,867.70 |
| | 11/25/2024 | Y | 1,014.16 |
| | 12/17/2024 | Y | 4,104.25 |
| | 01/06/2025 | N | 503.02 |
| | 01/06/2025 | N | 1,764.02 |
| | 01/06/2025 | N | 2,001.49 |
| | 01/06/2025 | N | 1,040.17 |
| | | | 20,033.71 |
| **Viryle L. Copley** | | | |
| | 12/16/2024 | N | 1,778.40 |
| | 12/20/2024 | N | 8,109.30 |
| | | | 9,887.70 |

## United States Bankruptcy Court
### District of Colorado

In re **Rocky Mountain Imports, LLC**

Debtor(s)

Case No. _____

Chapter **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gary Greenwald**<br>**1501 Bent Tree Trails Ct**<br>**Fenton, MO 63026** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 21, 2025**

Signature **/s/ Gary Greenwald**

**Gary Greenwald**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Colorado

In re    **Rocky Mountain Imports, LLC** _____

                                 Debtor(s)

Case No. _____

Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 21, 2025** _____

**/s/ Gary Greenwald** _____

**Gary Greenwald**/**Managing Member**
Signer/Title